ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Diversified Construction of Oklahoma, Inc. | ) ASBCA No. 62990 |
| | ) |
| Under Contract No. W9126G-19-C-0026 | ) |

APPEARANCE FOR THE APPELLANT:      Tim Gallegly, Esq.
    Crowe & Dunlevy
    Oklahoma City, OK

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    Jeanelle S. Patel, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 4, 2022

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62990, Appeal of Diversified Construction of Oklahoma, Inc., rendered in conformance with the Board's Charter.

Dated: August 4, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals